**FILED**

2021 Jul-14 PM 04:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

<u>Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)</u>

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

2021 JUL 13 A 9:11

Jimmy Claude Harmon Jr
_____
*Plaintiff*

*(Write your full name. No more than one plaintiff may be named in a complaint.)*

–v–

State of Alabama, ADOC, Calhoun, Cleburne County etc.
_____
*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

1:21-Cv-947-CLM

Case No. _____

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

---

## I.    The Parties to this Complaint

### A.    The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name                            Jimmy Claude Harmon Jr
All other names by which
you have been known:            Jim
ID Number                       194257
Current Institution             Servants of Jesus
Address                         3113 McCoy Ave
                                Anniston          Al        36201
                                *City*           *State*    *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name                            Calhoun County Court System and Administration
Job or Title *(if known)*       Judge (Brain Howell)
Shield Number
Employer                        Calhoun County Courthouse    County/state
Address
                                Anniston          Ala.       36207
                                *City*           *State*    *Zip Code*
                                ☑ Individual Capacity   ☑ Official Capacity

Defendant No. 2
Name                            Cleburne County Court System And Administration
Job or Title *(if known)*       Judge (Debra Jones)
Shield Number
Employer                        Cleburne County Courthouse   County/state
Address
                                Helfin            Al.        36264
                                *City*           *State*    *Zip Code*
                                ☑ Individual Capacity   ☑ Official Capacity

2

Defendant No. 3

Name _Alabama Department of Correction Kilby and_
_Bibb County 4/F_

Job or Title *(if known)* _Warden Willie Bennett and Warden Toney_

Shield Number

Employer _State of Alabama_

Address _Bibb County 4/F   565 Bibb Lane_

_Brent_                        _Al._        _35034_
  *City*    *State*   *Zip Code*

☑ Individual Capacity  ☑ Official Capacity

Defendant No. 4

Name _Alabama Department of Justice_

Job or Title *(if known)*

Shield Number

Employer

Address _Birmingham_

_Birmingham_               _Al._
  *City*    *State*   *Zip Code*

☑ Individual Capacity  ☑ Official Capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federa; law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial Detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other
  *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Calhoun / Cleburne County (Nov. 16th 2014 - Hale 36203) Oxford Hale street (Dearmville, Anniston, Ala. 36207) 2016   Nov. 18

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Cleburne and Calhoun County   Bibb County S/F - Kilby S/F
The County Jails 2014-2016   State Prison 2016 - 2019

C. What date and approximate time did the events giving rise to your claim(s) occur?

_Nov. 16, 2014 Calhoun County /Oxford, Ala. /summertime 2014 Calhoun County Oxanville Annistan_

_Nov. 19 2015 Dearnville, Anniston, Al. /Kiby-Bibb ADOC 2015-2019_

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_____

_____

## V. Injuries

If you sustained injuries related ot the events alleged above, describe your injuries in detail.

_Mental and Emotional Distress (Bad imagines)/softball size Knot in Right leg and private ares (Physical injury) and left ear (loss of hearing)_

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

_Preliminary Injunctions and Restraining Orders /Protection Orders Released From State program and any other programs. No less than $75,000 on each claim. Full pardon, voting rights my name cleared and my record wiped clean, Divorce and change her last name, Full custody and Control of ▇▇▇▇ ▇▇▇ and ▇▇▇ ▇ ▇▇▇ Full Disability, Full Medical, Full Dental and Full Vision. For me, ▇▇▇_

_▇▇▇▇ and ▇▇▇▇▇_

_____

_____

_____

_____

_____

5

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1982 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑  Yes

☐  No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Cleburne / Calhoun County ~ Kilby and Bibb County S/F

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑  Yes

☐  No

☐  Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐  Yes

☐  No

☑  Do not know

If yes, which claim(s)?

_____

_____

6

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑  Yes

☐  No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑  Yes

☐  No

E.   If you did file a grievance:

1.   Where did you file the grievance?

Put in grievances in grievances box Administration, Medical, Capt, Lt, etc.

2.   What did you claim in your grievance?

How I was being treated and talk too!

3.   What was the result, if any?

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

At anytime, there was never any answers back

7

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_none_

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_People in administration, Medical, I was confused!_

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_I've have wrote and talk to just about everyone and even had people laugh at me when I tell them what I've been threw and do with the Lord and my kids._

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☑   Yes

☐   No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

_United States District Court In Huntsville, Birmingham_
_3/05/19 - 3/12/19 - 8/26/19_

8

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _Jimmy Claude Harmon Jr._

   Defendant(s) _Warden Toney, New Hemisphere, State of Alabama, etc._

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _United States District Court For the Northern District of Alabama In Huntsville and Birmingham_

3. Docket or index number

   _7:18-cv-03098-JEO, 7:18-cv-01708-LCB-JEO_

4. Name of Judge assigned to your case

   _Liles C. Burke, R. David Proctor, John E. Ott_

5. Approximate date of filing lawsuit

   _Dates 3/19, 4/19 and 8/19_

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition. _March 5 and 12 2019 and 8/26/19_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _Dismissed without Prejudice_

**IX.**      **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Printed Name of Plaintiff      _Jimmy Claude Harmon Jr_

Prison Identification #      _194257_

Prison Address      _3113 McCoy Ave_

_Anniston_          _Al._          _36201_
         City                          State              Zip Code

Date of signing:   _5 25 / 21_

_Jimmy C. Harmon Jr._
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _5/25/21_
                      (Date)

_Jimmy C. Harmon Jr._
Signature of Plaintiff

Name  Captain Smith
Job or Title  Captain
Shield Number  N/A
Employer (State)  Bibb County Y/F
Address  565 Bibb Lane, Brent, Al. 35034
☒ Individual Capacity   ☒ Official Capacity

Name  Sgt. Mire
Job or Title  Officer
Shield Number  N/A
Employer (State) Bibb County Y/F
Address  565 Bibb Lane, Brent, Al. 35034
☒ Individual Capacity   ☒ Official Capacity

Name  Sgt. Lurk
Job or Title  Cert. Team
Shield Number  N/A
Employer  State  Bibb County Y/F
Address  565 Bibb Lane, Brent, Al. 35034
☒ Individual Capacity   ☒ Official Capacity

Name  Values
Job or Title  Officer
Shield Number  N/A
Employer (State)  Bibb County Y/F
Address  565 Bibb Lane, Brent, Al. 35034
☒ Individual Capacity   ☒ Official Capacity

Name  Lt. Wilson
Job or Title  Lt.
Shield Number  N/A
Employer (State)  Bibb County Y/F
Address  565 Bibb Lane, Brent, Al. 35034
☒ Individual Capacity   ☒ Official Capacity

Name Doug Ghee
Job or Title Attorney
Shield Number N/A
Employer Ghee Law Firm
Address Anniston, Al. 36207
☐ Individual Capacity  ☑ Official Capacity

Name Hugwood
Job or Title Officer
Shield Number N/A
Employer Bibb County Y/F (state)
Address 565 Bibb Lane, Brent, Al. 35034
☑ Individual Capacity  ☐ Official Capacity

Name Sgt. White / male
Job or Title Officer
Shield Number N/A
Employer (State) Bibb County Y/F
Address 565 Bibb Lane, Brent, Al. 35034
☑ Individual Capacity  ☑ Official Capacity

Name White
Job or Title Officer
Shield Number N/A
Employer (State) Bibb County Y/F
Address 565 Bibb Lane, Brent, Al. 35034
☑ Individual Capacity  ☑ Official Capacity

Name Captain Hutton
Job or Title Captain
Shield Number N/A
Employer (State) Bibb County Y/F
Address 565 Bibb Lane, Brent, Al. 35034
☑ Individual Capacity  ☑ Official Capacity

Name _____ Joey Ingram
Job or Title _____ N/A
Shield Number N/A
Employer Skinners, Inc. Skinners Enterprise, Inc.
Address Dearmville, Al. Dearmville, Al. 36207
☒ Individual Capacity ☐ Official Capacity

Name Josphua Freeman
Job or Title Deputy
Shield Number N/A
Employer Cleburne County Sheriff's Department
Address Heflin, Al. 36264
☒ Individual Capacity ☒ Official Capacity

Name Jeff Ray
Job or Title Executive Director of Rivers of Living River
Shield Number N/A
Address 1316 Ann Court Rd. Anniston, Al. 36207
☒ Individual Capacity ☒ Official Capacity

Name Jackie Stovall
Job or Title N/A
Shield Number N/A
Employer Self - Employer
Address Anniston, Al. 36207
☒ Individual Capacity ☐ Official Capacity

Name April Michelle Harmon
Job or Title N/A
Shield Number N/A
Address Anniston, Al. 36207
☒ Individual Capacity ☐ Official Capacity

Name Jefferson Dunn
Job or Title State Comissioner
Shield Number N/A
Employer State of Alabama
Address N/A
☒ Individual Capacity ☒ Official Capacity

Name Shield Fields
Job or Title DA
Shield Number N/A
Employer Calhoun County Courthouse System
Address Anniston, Al. 36201
☑ Individual Capacity  ☑ Official Capacity
Name Lynn Hammonds
Job or Title DA
Shield Number N/A
Employer Calhoun County Courthouse
Address Anniston, Al. 36201
☑ Individual Capacity  ☑ Official Capacity
Name Keri Oden
Job or Title N/A
Shield Number N/A
Employer N/A
Address Deaumville, Al. 36207
☑ Individual Capacity  ☐ Official Capacity
Name Denis Green
Job or Title Sheriff
Shield Number N/A
Employer Cleburne County Sheriff's Department
Address Heflin, Al. 36264
☑ Individual Capacity  ☑ Official Capacity
Name Drew Norton
Job or Title Deputy
Shield Number N/A
Employer Cleburne County Sheriff's Department
Address Heflin, Al. 36264
☑ Individual Capacity  ☐ Official Capacity
Name Patrick Nolen
Job or Title Deputy
Employer Cleburne County Address Heflon, Al. 36264
☑ Individual Capacity  ☑ Official Capacity

Name <u>Whitside</u>
Job or Title <u>officer at Calhoun County Department</u>
Shield Number <u>N/A</u>
Employer <u>Calhoun County Sheriff's Department</u>
Address <u>Anniston, Ala.</u>
☒ Individual Capacity   ☒ Official Capacity
Name <u>Beth Rogers</u>
Job or Title <u>Judge</u>
Shield Number <u>N/A</u>
Employer <u>Calhoun County Courthouse</u>
Address <u>Anniston, Al. 36201</u>
☒ Individual Capacity   ☒ Official Capacity
Name <u>Jacksonville State University</u>
Job or Title <u>Adminsiration and Students</u>
Shield Number <u>N/A</u>
Employer <u>Jacksonville State University</u>
Address <u>Jacksonville, Ala.</u>
☒ Individual Capacity   ☒ Official Capacity
Name <u>Unversity of Alabama</u>
Job or Title <u>Adminsiration and Students</u>
Shield Number <u>N/A</u>
Employer <u>Unversity of Alabama</u>
Address _____
☒ Individual Capacity   ☒ Official Capacity
Name <u>Shield Fields</u>
Job or Title <u>D.A.</u>
Shield Number <u>N/A</u>

Employer <u>Calhoun County Courthouse</u>
Address <u>Anniston, Al. 36201.</u>
☒   Individual Capacity   ☒ Official Capacity

Name _City of Oxford Police Department_
Job or Title _officer_
Shield Number _N/A_
Employer _City of Oxford_
Address _City of Oxford_
☑ Individual Capacity ☑ Official Capacity

Name _Cleburne County Sheriff's Department_
Job or Title _officier_
Shield Number _N/A_
Employer _Cleburne County_
Address _Heflin, Al. 36264_
☑ Individual Capacity ☑ Official Capacity

Name _Calhoun County Sheriff's Department_
Job or Title _officers_
Shield Number _N/A_
Address _Anniston, Al. 36201_
☑ Individual Capacity ☑ Official Capacity

Name _Sheriff Wade_
Job or Title _sheriff_
Shield Number _N/A_
Address _Anniston, Al. 36201_
☑ Individual Capacity ☑ Official Capacity

Name _Sgt. Brown_
Job or Title _sheriff's Deputy_
Shield Number _N/A_
Employer _Calhoun County Sheriff Department_
Address _Anniston, Al. 36201_
☑ Individual Capacity ☑ Official Capacity

Name _Lt. Lukec_
Job or Title _Calhoun County Sheriff's_
Shield Number _N/A_
Employer _Calhoun County Sheriff's_
Address _Anniston, Al. 36201_
☑ Individual Capacity ☑ Official Capacity

Name _Wexford Medical_
Job or Title _Medical_
Shield Number _N/A_
Employer _Doctor / Nurses / State of Alabama_
Address _1231l Perry Hwy, Wexford, Pa. 15090_
☑ Individual Capacity    ☑ Official Capacity
Name _Leon Smith_
Job or Title _Mayor_
Shield Number _N/A_
Employer _City of Oxford_
Address _Oxford, Ala_
☑ Individual Capacity    ☑ Official Capacity
Name _Leotes Skinner_
Job or Title _Skinner's Enterprise, Inc._
Shield Number _N/A_
Employer _owner burseness_
Address _5 North Dearmville Drive, Anniston, Al. 36207_
☑ Individual Capacity    ☑ Official Capacity
Name _Barbara Skinner_
Job or Title _N/A_
Shield Number _N/A_
Employer _Owner buiseness_
Address _5 North Dearmville Drive, Anniston, Al. 36207_
☑ Individual Capacity    ☑ Official Capacity
Name _City of Anniston Police Department_
Job or Title _N/A_
Shield Number _N/A_
Employer _City of Anniston_
Address _City of Anniston_
☑ Individual Capacity    ☑ Official Capacity

Name Calhoun County Task Force
Job or Title N/A
shield Number N/A
Employer Calhoun County
Address Anniston, Ala. 36601
☒ individual Capacity   ☒ official capacity
Name Cleburne County Task Force
Job or Title N/A
shield Number N/A
Employer Cleburne County
Address Heflin, Al. 36264
☒ individual capacity   ☒ official capacity
Name Ms. Barnes
Job or Title Mail Room
shield number N/A
Employer ADOC Bibb County C/F
Address 565 Bibb Lane Brent, Al. 35034
☒ individual capacity   ☒ official Capacity
Name Ms. Domec
Job or Title N/A
shield Number N/A
Employer ADOC At Lane Brent, Al. 35034
☒ individual capacity   ☒ official capacity
Name Lt. Roseman
Job or Title Lt.
shield number N/A
Employer ADOC
address 565 Bibb Lane, Brent, Al. 35034.
☒ individual Capacity   ☒ official Capacity
Name M. Brand
Job or Title State Comission
Shield number N/A
Address N/A
☒ individual Capacity   ☒ official Capacity

Name _Ms. Smith_
Job or Title _Classification_
Shield Number _N/A_
Employer _ADOC at Bibb Lane Brent, Al. 35034_
Address _565 Bibb Lane Brent Al. 35034_
☑ individual capacity   ☑ official capacity
Name _Ms. Motley_
Job or Title _Classification_
Shield Number _N/A_
Employer _ADOC at Bibb County C/F_
Address _565 Bibb Lane Brent, Al. 35054_
☑ individual capacity   ☑ official capacity
Name _Nurse Payne HSA_
Job or Title _Nurse_
Shield Number _N/A_
Employer _ADOC At Bibb County C/F_
Address _565 Bibb Lane Brent, Al. 35034_
☑ individual capacity   ☑ official capacity
Name _Ms. Davis_
Job or Title _Classification_
Shield Number _N/A_
Employer _ADOC Bibb County C/F_
Address _565 Bibb Lane, Brent, Al. 35034_
☑ individual Capacity   ☑ official Capacity
Name _Ms. Chandler_
Job or Title _Classification_
Shield Number _N/A_
Employer _ADOC Bibb County C/F_
Address _565 Bibb Lane Brent, Al. 35034_
☑ individual Capacity   ☑ official Capacity
Name _Mr. Pugh_
Job or Title _N/A_
Employer _Adoc Bibb Lane, Brent, Al, 35034_
☑ individual Capacity   ☑ official capacity

Name _Nurse Ingram_
Job or Title _Nurse ADOC At Bibb County C/F_
Shield Number _____
Employer _ADOC_
Address _565 Bibb Lane, Brent, Ala 35034_
☒ Individual Capacity   ☒ official capacity

? ✱ Name _Nurse Wagner_   (In prison she told me I shouldn't
Job or Title _Nurse_   come back to calhoun and Cleburne
Shield Number _N/A_   County or how I was done!)
Employer _ADOC At Bibb County C/F_
Address _565 Bibb Lane, Brent, Al. 35034_
☒ individual capacity   ☒ official capacity

Name _Ms. Richardson_
Job or Title _Classification officer_
Shield Number _N/A_
Employer _ADOC At Bibb County C/F_
Address _565 Bibb Lane, Brent, Al. 35034_
☒ individual capacity   ☒ official capacity

Name _Ms. Stephens_
Job or Title _Classification officer_
Shield Number _N/A_
Employer _ADOC At Bibb County C/F_
Address _565 Bibb Lane Brent, Al. 35034_
☒ individual capacity   ☒ official capacity

! ✱ Name _Ms. Budea_
Job or Title _Classification officer / Mental Health._
Shield Number _N/A_
Employer _ADOC At Bibb County C/F_   (she's the one who
Address _565 Bibb Lane Brent, Al. 35034_   said I was confused)
☒ individual capacity   ☒ official capacity

Name _Ms. Black_
Job or Title _Classification_
Employer _ADOC at Bibb County C/F_) Address 565 Bibb Lane, Brent, Al. 35034
☒ individual capacity   ☒ official Capacity

Name _Huff_

Job or Title _officer_

Shield Number _N/A_

Employer _ADOC Bibb County 4/F_

Address _565 Bibb Lane Brent, Al, 35034_

☑ individual Capacity   ☑ official Capacity

Name _Chris Hodges_

Job or Title _Pastor_

Shield Number _N/A_

Employer _Church of Highlands_

Address _N/A_

☑ individual Capacity   ☑ official Capacity

Name _Ken Maddox_

Job or Title _Pastor_

Shield Number _N/A_

Employer _Word Alive_

Address _Oxford, Al._

☑ Individual Capacity   ☑ official Capacity

Name _Sgt. Walker_

Job or Title _Sgt._

Employer _ADOC Bibb County 4/F_

Address _565 Bibb Lane Brent, Al. 35034_

☑ Individual capacity   ☑ official Capacity

Name _Nurse Ingram_

Job or Title _Nurse ADOC At Bibb County 4/F_

Shield number _N/A_

Employer _ADOC_

Address _565 Bibb Lane, Brent, Ala. 35034_

☑ Individual Capacity   ☑ official Capacity

Name _New Hope_

Job or Title _Pastor_

Shield number _N/A_

Employe _ADOC_

Address _Cleburne County, Ala_

☑ individual capacity   ☑ official Capacity

Name   Sgt. Monk

Job or Title   Sgt.

Shield Number   N/A

Employer   ADOC Bibb County C/F

Address   565 Bibb Lane, Brent, Al. 35034

☒ Individual Capacity   ☒ Official Capacity

Name   Barren

Job or Title   officer

Shield Number _____

Employer   ADOC Bibb County C/F

☒ Individual Capacity   ☒ Official Capacity

Name   Thomas

Job or Title   officer

Shield Number   N/A

Employer   ADOC Bibb County C/F

Address   565 Bibb Lane Brent, Al. 35034

☒ Individual Capacity   ☒ Official Capacity

Name   I&I

Job or Title   N/A

Shield Number   N/A

Employer   ADOC / state

Address _____

☒ Individual Capacity   ☒ Official Capacity

Name   Pate

Job or Title   Officer

Shield Number   N/A

Employer   ADOC Bibb County C/F

Address   565 Bibb Lane Brent, Al. 35034

☒ Individual Capacity   ☒ Official Capacity

Name   Bell

Job or Title   officer

Shield Number   N/A

Employer   ADOC Bibb County C/F

Address   565 Bibb Lane, Brent, Al. 35034

☒ Individual Capacity   ☒ Official Capacity

Name   Chef Brown
Job or Title  Chef in Kitchen
Shield Number    N/A
Employer  ADoc At Bibb County C/F
Address   565 Bibb Lane, Brent, Al. 35034
☑ individual Capacity    ☑ Official Capacity
Name   Department of Human Resources / Christy Fuller
Job or Title  Counsler
Shield Number  N/A
Employer  Department of Human Resources
Address  Anniston, Al. 36201   415 West 11th Street;  P.O. Box 2490
☑ individual Capacity   ☑ official Capacity
Name  Ms. Wilson
Job or Title   Cook
Shield Number   N/A
Employer  ADoc Bibb County C/F
Address  565 Bibb Lane, Brent, Al. 35034
☑ individual Capacity    ☑ official Capacity
Name  Sgt. Finch
Job or Title   Sgt
Shield Number    N/A
Address  565 Bibb Lane, Brent, Als. 35034
☑ individual Capacity   ☑ official Capacity
Name  Officer Reynolds
Job or Title  officer
Shield Number    N/9
Employer  ADoc Bibb County C/F
Address  565 Bibb Lane, Brent, Als, 35034
☑ individual Capacity   ☑ official Capacity
Name  Ausbern
Job or Title  officier
Shield Number   N/A
Employer  ADoc Bibb County C/F
Address 565 Bibb Lane, Brent, Al. 35034
☑ individual Capacity   ☑ official Capacity

Name Chaplin Tomlin
Job or Title Chaplin
Shield Number N/A
Employer (State) Bibb County S/E
Address 565 Bibb Lane, Brent, Al. 35034
☑ Individual Capacity  ☑ Official Capacity
Name Corizon Health Care
Job or Title N/A
Shield Number N/A
Employer (State) Bibb County S/E
Address 565 Bibb Lane, Brent, Al. 35034
☑ Individual Capacity  ☑ Official Capacity
Name New Hemisphere Health Care
Job or Title N/A
Shield Number N/A
Employer (State) - Bibb County S/E
Address 565 Bibb Lane Brent, Al. 35034
☑ Individual Capacity  ☑ Official Capacity
Name Dr. Pouparines
Job or Title Doctor
Shield Number N/A
Employer (State) - Bibb County S/E
Address 565 Bibb Lane, Brent, Al. 35034
☑ Individual Capacity  ☑ Official Capacity

# SERVANT OF JESUS CHURCH

3300 McCOY ave

ANNISTON AL 36201

(256)486-6005

PROOF OF RESIDENCE / REFERRAL

_Jimmy Claude Herman Jr_ IS A RESIDENT AT OUR SHELTER. HE IS IN NEED

OF _Legal work_ . THANK YOU FOR HELP IN THIS MATTER.

( D.H.R. / FOOD STAMPS)

THERE IS A PLACE FOR FOOD STORAGE AND TO PERPARE FOOD.

IF YOU HAVE ANY QUESTIONS PLEASE CALL PASTOR SETH

256-486-6005

_Denver allison_
_256 - 453 - 9236_

PASTOR SETH MURPHY

_256 - 486 - 6005_